Jeffrey W. Daly, OSB #042225
jdaly@pregodonnell.com
A. Elizabeth Esfeld, OSB #192527
aesfeld@pregodonnell.com
Preg O'Donnell & Gillett, PLLC
222 SW Columbia Street, Suite 650
Portland, OR 97201
Telephone: (503) 224-3650
Fax: (503) 224-3649

Attorneys for Defendants Bell Real Estate,
Inc., Richard Sorric, and Pinewood Properties, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| N.H.,*<br><br>                    Plaintiff,<br><br>     v.<br><br>BELL REAL ESTATE, INC., an Oregon corporation; RICHARD SORRIC, an individual; and PINEWOOD PROPERTIES, LLC, an Oregon limited liability company,<br><br>                    Defendants. | Case No. 6:21-cv-00450-MC<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have fully settled and compromised the claims between them, hereby stipulate to dismissal of this action with prejudice, without costs or attorney fees to any party.

/ / /

**IT IS SO STIPULATED:**

Dated: July 19, 2021                    LAW OFFICE OF MEREDITH HOLLEY

By_____
   Meredith A. Holley, OSB No. 125647
   Email: mholley@erisresolution.com
Attorney for Plaintiff

Dated: July 21, 2021                    PREG O'DONNELL & GILLETT, PLLC

By_____
   Jeffrey W. Daly, OSB #042225
   Email: jdaly@pregodonnell.com

Attorneys for Defendants Bell Real
Estate, Inc., Richard Sorric and
Pinewood Properties, LLC

**IT IS HEREBY ORDERED AND ADJUDGED** that, there being no just reason for delay, this matter is dismissed with prejudice and without costs or attorney fees to any party.

_____

Submitted by:

Jeffrey W. Daly, OSB #042225
PREG O'DONNELL & GILLETT, PLLC
jdaly@pregodonnell.com

Attorneys for Defendants Bell Real
Estate, Inc., Richard Sorric and Pinewood
Properties, LLC

STIPULATED GENERAL JUDGMENT OF
DISMISSAL WITH PREJUDICE - 2